STATE OF NEW JERSEY v. CHARLES FISHER.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE H. FLETCHER.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY PERWIN.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH L. BRIZARD.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. IRA PECZNICK.

November 12, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ELIZABETH CARTER.

November 12, 1973. Petition for certification denied.